# United States Bankruptcy Court
## Central District of California

In re **JSJ FOOD SERVICES INC.**        Case No. 2:23-bk-13085

Debtor(s)        Chapter **7**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jue Shen**, declare under penalty of perjury that I am the **Owner** of **JSJ FOOD SERVICES INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **18** day of May, 2023__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jue Shen**, **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jue Shen**, **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jue Shen**, **Owner** of this Corporation is authorized and directed to employ **Jonathan J. Lo 305306**, attorney and the law firm of **Lo & Lo LLP** to represent the corporation in such bankruptcy case."

Date **May 18, 2023**        Signed _/s/ Jue Shen_
                                                                            **Jue Shen**

Resolution of Board of Directors
of
**JSJ FOOD SERVICES INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jue Shen, Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jue Shen, Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jue Shen, Owner** of this Corporation is authorized and directed to employ **Jonathan J. Lo 305306**, attorney and the law firm of **Lo & Lo LLP** to represent the corporation in such bankruptcy case.

Date  **May 18, 2023**                               Signed  _[signature]_